

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00025-CV

Diana Martinez **MCGLOWN**,
Appellant

v.

**WELLS FARGO BANK, N.A.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV05083
Honorable Melissa Vara, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: August 19, 2020

DISMISSED FOR WANT OF PROSECUTION

On May 29, 2020, we struck appellant's briefs because they violated Rules 9 and 38 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9, 38. We ordered appellant to file an amended brief in compliance with the Texas Rules of Appellate Procedure by June 30, 2020, or the appeal would be dismissed for want of prosecution. Appellant did not file an amended brief or request an extension of time. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM